**FILED**
JUN 30 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. RICHARD STEWART,

**CASE NUMBER:** CR   CR 22 248   JSW

| Field | Response |
|---|---|
| Is This Case Under Seal? | Yes ☐  No ✓ |
| Total Number of Defendants: | 1 ✓   2-7 ☐   8 or more ☐ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes ☐  No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ☐   OAK ✓   SJ ☐ |
| Is this a potential high-cost case? | Yes ☐  No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes ☐  No ✓ |
| Is this a RICO Act gang case? | Yes ☐  No ✓ |

**Assigned AUSA (Lead Attorney):** Robert D. Rees

**Date Submitted:** 6/30/2022

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF